IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, BRUCE LEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRUCE LEE,<br><br>      Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: CV 13-3960 AGR<br><br>ORDER<br><br><br>HON. ALICIA G. ROSENBERG<br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation, IT IS HEREBY ORDERED that above referred action be dismissed in its entirety without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to bear their own costs and fees.

DATED: February 26, 2014

*alicia G. Rosenberg*

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE
JUDGE